# NO. 12-12-00242-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE: WILLIAM W. ADAMS,* | *§* | |
| | *§* | *ORIGINAL PROCEEDING* |
| *RELATOR* | *§* | |

---

***MEMORANDUM OPINION***
***PER CURIAM***

On July 31, 2013, this Court delivered an opinion conditionally granting the petition for writ of mandamus filed by William W. Adams. That opinion and corresponding order directed Respondent to vacate his Order on Movant's Emergency Motion to Enforce Permanent Injunction and Motion for Contempt signed on May 14, 2012. Respondent has complied with our opinion and order of May 14, 2012.

All issues attendant to this original proceeding having been disposed of, this mandamus proceeding has now been rendered moot; therefore, the writ need not issue. Accordingly, this original proceeding is ***dismissed*** as ***moot.***

Opinion delivered August 14, 2013.
*Panel consisted of Griffith, J., Hoyle, J., and Bass, Retired J., Twelfth Court of Appeals, sitting by assignment.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**AUGUST 14, 2013**

**NO. 12-12-00242-CV**

**WILLIAM W. ADAMS,**
Relator
v.
**HON. CHARLES R. MITCHELL**,
Respondent

### ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus filed by **WILLIAM W. ADAMS**, who is the relator in Cause No.97CV-25,690, pending on the docket of the 273rd Judicial District Court of Shelby County, Texas. Said petition for writ of mandamus having been filed herein on July 16, 2012, and the same having been duly considered, because it is the opinion of this Court that a writ of mandamus should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **DISMISSED**.

By *per curiam* opinion.
*Panel consisted of Griffith, J., Hoyle, J., and Bass, Retired J., Twelfth Court of Appeals, sitting by assignment.*